UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIER 32 MARINA GROUP, LLC, d/b/a PIER 32 MARINA,<br><br>Plaintiff,<br><br>v.<br><br>S/V WINDANCER, U.S.C.G. Official No. 586696, a 1977 Pegasus Sailing Vessel of Approximately 29.8-Feet in Length and 7.7-Feet in Beam, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND ALL OTHER APPURTENANCES, in rem,<br><br>Defendant. | Case No.: 24-cv-02294-AJB-BLM<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AND REQUIRING U.S. MARSHAL AND SUBSTITUTE CUSTODIAN TO RELEASE DEFENDANT VESSEL FROM CUSTODY**<br><br>**(Doc. No. 14)** |

On April 11, 2025, Plaintiff Pier 32 Marina Group ("Plaintiff") filed an ex parte motion to dismiss this action with prejudice and to require the United States Marshal and Substitute Custodian to release the Defendant vessel S/V Windancer, U.S.C.G. Official No. 586696 ("Defendant Vessel") from custody ("the Motion"). (Doc. No. 14.)

In the Motion and in Plaintiff's counsel's accompanying declaration, (Doc. No. 14-1), Plaintiff indicates that Plaintiff and the owner of Defendant Vessel entered into an agreement where the owner transferred ownership of the Defendant Vessel to Plaintiff.

1

(Doc. No. 14 at 2; Doc. No. 14-1 ¶ 4.) Plaintiff's Motion follows the Clerk's entry of default against Defendant Vessel. (Doc. No. 12.) Accordingly, for good cause shown, the Court **ORDERS** the U.S. Marshal and Substitute Custodian to release the Defendant Vessel from custody.

The Court also **GRANTS** Plaintiff's ex parte motion to dismiss and dismisses the action in its entirety with prejudice. The Clerk of Court is instructed to terminate all pending motions and deadlines and close the case.

**IT IS SO ORDERED.**

Dated: April 18, 2025

Hon. Anthony J. Battaglia
United States District Judge